**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CITY OF JOHNSTOWN,

Petitioner

v.

WORKERS' COMPENSATION APPEAL
BOARD (SEVANICK),

Respondent

: No. 186 WAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues.

     Whether, in contradiction to its own past opinions, the Commonwealth Court committed an error of law when it held that a claimant seeking benefits for an occupational disease under Section 108 of the Pennsylvania Workers' Compensation Act has to satisfy the manifestation rule found at Section 301(c)(2)?

     Additionally, Respondent's Application for Leave to File a Response to Petitioner's Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.**